| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Fredrick**<br>First name<br><br>**Tobias**<br>Middle name<br><br>**Jacobs**<br>Last name and Suffix (Sr., Jr., II, III) | **Taja**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Jacobs**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **AKA Dr. Fredrick Tobias Jacobs** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4904 | xxx-xx-6121 |

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

| | | |
|---|---|---|
| **5. Where you live** | **8604 SW 31st Avenue**<br>**Gainesville, FL 32608**<br>Number, Street, City, State & ZIP Code<br><br>**Alachua**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Fredrick Tobias Jacobs** | |
|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number *(if known)* _____ |

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☒  Chapter 7
☐  Chapter 11
☐  Chapter 12
☐  Chapter 13

**8.  How you will pay the fee**

☒  **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐  **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐  **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☒  No.
☐  Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒  No
☐  Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

☐  No.    Go to line 12.
☒  Yes.   Has your landlord obtained an eviction judgment against you?

☒  No. Go to line 12.

☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Fredrick Tobias Jacobs** | | |
|---|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number *(if known)* | |

**Part 6:    Answer These Questions for Reporting Purposes**

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Fredrick Tobias Jacobs | /s/ Taja Lee Jacobs |
|---|---|
| **Fredrick Tobias Jacobs** | **Taja Lee Jacobs** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **July 5, 2024** | Executed on    **July 5, 2024** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin B. Paysinger** _____          Date     **July 5, 2024** _____
Signature of Attorney for Debtor                                             MM / DD / YYYY

**Kevin B. Paysinger** _____
Printed name

**Lansing Roy PA** _____
Firm name

**1710 Shadowood Lane Suite 210**
**Jacksonville, FL 32207** _____
Number, Street, City, State & ZIP Code

Contact phone   **(904) 391-0030x101** _____          Email address     **kpaysinger@lansingroy.com** _____

**056742 FL** _____
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $ 40,675.15 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ 40,675.15 |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 48,173.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 4,951,555.98 |
| **Your total liabilities** | $ 4,999,728.98 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................. | $ 6,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 6,031.75 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

| 3.1 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Sierra** | ☐ Debtor 1 only | | |
| | Year: | **2012** | ☒ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **112,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | VIN: 3GTP1VE04CG262413 | | ☐ Check if this is community property (see instructions) | **$11,000.00** | **$11,000.00** |

| 3.2 | Make: | **Land Rover** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Range Rover Velar** | ☐ Debtor 1 only | | |
| | Year: | **2018** | ☒ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **71,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | VIN: SALYL2RX9JA748000 | | ☐ Check if this is community property (see instructions) | **$23,800.00** | **$23,800.00** |

4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**

Case number *(if known)*

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>  **$34,800.00**

**Part 3:**   Describe Your Personal and   Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.   Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

| Miscellaneous household goods (list to be provided upon request) | $1,570.00 |
|---|---|

**7.   Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.   Describe.....

| Miscellaneous electronics (list to be provided upon request) | $1,050.00 |
|---|---|

**8.   Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes.   Describe.....

**9.   Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes.   Describe.....

**10.   Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes.   Describe.....

**11.   Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes.   Describe.....

| Men's and women's used clothes | $300.00 |
|---|---|

**12.   Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes.   Describe.....

| Wedding ring set | $2,000.00 |
|---|---|

**13.   Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes.   Describe.....

| 1 dog (pet) | $0.00 |
|---|---|

**14.   Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes.   Give specific information.....

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| Debtor 2 | **Taja Lee Jacobs** |

Case number *(if known)*

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

**$4,920.00**

---

**Part 4:   Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes..........................................................................................................

**Cash**                        **$360.00**

---

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................                     Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Savings** | **Navy Federal Credit Union savings acct 1615 (negative balance)** | **$0.00** |
| 17.2. | **Checking** | **PNC Bank checking acct 9782** | **$9.85** |
| 17.3. | **Other financial account** | **Stash acct 9411** | **$585.30** |
| 17.4. | **Checking** | **Go2Bank acct 9171 (negative balance)** | **$0.00** |

---

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes..................                  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes.   Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Celebrity's Management Company, LLC Company is filing Chapter 7 simultaneously with Debtors.** | **97** | % | **$0.00** |
| **Dr. J., The Counselor LLC** | **100** | % | **$0.00** |

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                         Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.
            Type of account:                  Institution name:

---

| Debtor 1 | **Fredrick Tobias Jacobs** | | |
| Debtor 2 | **Taja Lee Jacobs** | Case number *(if known)* | |

| | 401(k) | **Celebrity's Soul Food Management 401(k) Plan**<br>**Administered through Human Interest** | **$0.00** |
| | 401(k) | **Celebrity's Soul Food Management 401(k) Plan**<br>**Administered through Human Interest** | **$0.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.   Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.   Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.   Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **TruStage Life Insurance - Term Life Policy ending 1598 - no cash value Debtor wife is owner and insured.** | | **$0.00** |

| Debtor 1 | Fredrick Tobias Jacobs | | |
|---|---|---|---|
| Debtor 2 | Taja Lee Jacobs | Case number *(if known)* | |

|  | | |
|---|---|---|
| **TruStage Life Insurance - Term Life**<br>**Policy ending 0021 - no cash value**<br>**Debtor husband is owner and insured.** | | **$0.00** |

**32.   Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

**33.   Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes.   Describe each claim.........

| | |
|---|---|
| **Potential claim for defamation against Madison Ortiz** | Unknown |
| **Claim for injuries suffered in automobile accident on March 1, 2024.**<br>**Attorney representing Debtor is John Eberst with The Eberst Law Firm (Gainesville office).** | Unknown |
| **Potential claim for defamation against franchisee owners of Celebrity's Management Company, LLC.** | Unknown |

**34.   Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

**35.   Any financial assets you did not already list**
☒ No
☐ Yes.   Give specific information..

**36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**   **$955.15**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.   Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.   Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.   Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here   ....................................**   **$0.00**

| Debtor 1 | **Fredrick Tobias Jacobs** | |
|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number *(if known)* |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................ | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | | **$34,800.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$4,920.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$955.15** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$40,675.15** | Copy personal property total | **$40,675.15** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$40,675.15** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106C</u>

# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2012 GMC Sierra 112,000 miles<br>VIN: 3GTP1VE04CG262413**<br>Line from *Schedule A/B*: **3.1** | $11,000.00 | ☒<br>☐ | $5,000.00<br>100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **Miscellaneous household goods (list to be provided upon request)**<br>Line from *Schedule A/B*: **6.1** | $1,570.00 | ☒<br>☐ | $1,044.85<br>100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $360.00 | ☒<br>☐ | $360.00<br>100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **PNC Bank checking acct 9782**<br>Line from *Schedule A/B*: **17.2** | $9.85 | ☒<br>☐ | $9.85<br>100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| **Stash acct 9411**<br>Line from *Schedule A/B*: **17.3** | $585.30 | ☒<br>☐ | $585.30<br>100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |

| Debtor 1 | **Fredrick Tobias Jacobs** |
|----------|---------------------------|
| Debtor 2 | **Taja Lee Jacobs** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Celebrity's Soul Food Management 401(k) Plan Administered through Human Interest** <br> Line from *Schedule A/B*: **21.2** | $0.00 | ☒      **100%** <br> ☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Celebrity's Soul Food Management 401(k) Plan Administered through Human Interest** <br> Line from *Schedule A/B*: **21.1** | $0.00 | ☒      **100%** <br> ☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No
        ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** CARMAX AUTO FINANCE<br>Creditor's Name<br><br>1200 TUCKAHOE CREEK PARKWAY<br>Henrico, VA 23238<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**2018 Land Rover Range Rover Velar**<br>**71,000 miles**<br>**VIN: SALYL2RX9JA748000**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,173.00 | $23,800.00 | $0.00 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2022-05**        Last 4 digits of account number   **9375**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $48,173.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $48,173.00 |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | | | |
| | Priority Creditor's Name | | | |
| | **PO Box 7346** | | | |
| | **PHILADELPHIA, PA 19101-7346** | | | |
| | Number Street City State Zip Code | | | |

Last 4 digits of account number _____    **Unknown**    **Unknown**    **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Tax Liability**

**Part 2:      List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

| 4.1 | **AARONS   RENTAL** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**400 GALLERIA PARKWAY, SUITE 300**
**Atlanta, GA 30339**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

| 4.2 | **ADT** | | Last 4 digits of account number   **1526** | **$810.41** |

Nonpriority Creditor's Name
**452 Sable Blvd Unit G**
**Aurora, CO 80011**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.3 | **ADT** | | Last 4 digits of account number   **1502** | **$502.67** |

Nonpriority Creditor's Name
**452 Sable Blvd Unit G**
**Aurora, CO 80011**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

| 4.4 | **ALLY FINANCIAL** | Last 4 digits of account number | **5778** | | $12,804.00 |

Nonpriority Creditor's Name
**ATTN:  BANKRUPTCY**
**500 WOODWARD AVE**
**Detroit, MI 48226-3423**
Number Street City State Zip Code

**When was the debt incurred?**     **2022-05**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Deficiency Balance**

---

| 4.5 | **Alton Cheaves** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name
**3643 Suitland Road SE**
**Washington, DC 20020-1249**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

---

| 4.6 | **Amazon Business** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name
**Attn: Director of Sales**
**325 9th Ave. N.**
**Seattle, WA 98109-5210**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business loan**

---

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.7 | **Andrea Sherwood** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**289 Lake Diamond Avenue**
**Ocala, FL 34472**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Labor Claim**

---

| 4.8 | **Andrew Clark** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**961 N 1075 W**
**Layton, UT 84041**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

---

| 4.9 | **Anthony Anderson** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**253 Main Street Suite 109**
**Matawan, NJ 07747**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number (if known) _____

| 4.10 | **Aramark** | Last 4 digits of account number | **2986** | **$1,768.00** |

Nonpriority Creditor's Name
**2680 Palumbo Drive**
**Lexington, KY 40509**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.11 | **Aramark** | Last 4 digits of account number | **5278** | **$4,109.56** |

Nonpriority Creditor's Name
**2680 Palumbo Drive**
**Lexington, KY 40509**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.12 | **Arlene Nash Jones** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**2056 NW 55th Blvd.**
**Gainesville, FL 32653**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1 **Fredrick Tobias Jacobs**

Debtor 2 **Taja Lee Jacobs**                                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.1 3** | **ATT DIRECTV** | Last 4 digits of account number **6016** _____  $289.33 |

Nonpriority Creditor's Name

**C/O IC SYSTEM**
**PO BOX 64378**
**Saint Paul, MN 55164-0378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Guarantee of Debt**

---

| | | |
|---|---|---|
| **4.1 4** | **BANFIELD PET HOSPITAL** | Last 4 digits of account number **4488** _____  $549.00 |

Nonpriority Creditor's Name

**8101 SE 6th Way**
**Vancouver, WA 98683**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **2023-11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Services Rendered**

---

| | | |
|---|---|---|
| **4.1 5** | **Bear Robotics, Inc.** | Last 4 digits of account number _____  $5,409.61 |

Nonpriority Creditor's Name

**16650 Westgrove Dr. Suite 175**
**Addison, TX 75001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt**

---

Debtor 1   **Fredrick Tobias Jacobs**

Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.1 6 | **BentoBox Websites** | | |

Nonpriority Creditor's Name

**584 Broadway, 4th Floor**
**New York, NY 10012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____          **$311.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Guarantee of Debt**

---

| 4.1 7 | **Burning Bush LLC** | | |

Nonpriority Creditor's Name

**2237 SW 19TH AVE ST, STE 101**
**Ocala, FL 34471**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Lease**

---

| 4.1 8 | **CAPITAL ONE** | | |

Nonpriority Creditor's Name

**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   **4893**          **$1,038.00**

**When was the debt incurred?**   **2016-11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

**4.19**

**CAPITAL ONE**
Nonpriority Creditor's Name
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **5962**

When was the debt incurred?  **2017-08**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**

$392.00

---

**4.20**

**CARDIOVASCULAR INSTITUTE OF CENTRAL FL**
Nonpriority Creditor's Name
**2111 SW 20TH PL**
**Ocala, FL 34471**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **7053**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical Expense**

$8,153.68

---

**4.21**

**CARMAX AUTO FINANCE**
Nonpriority Creditor's Name
**PO BOX 440609**
**Kennesaw, GA 30160-9511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **9375**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Deficiency Balance**

Unknown

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**                                         Case number (if known) _____

---

**4.2 2**

**Cavis Callies**                                      Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**Callies Enterprises LLC**                            When was the debt incurred? _____
**4209 Holiday Place**
**Oklahoma City, OK 73112**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                        ☒ Contingent
☐ Debtor 2 only                                        ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☒ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☒ Other. Specify   **Business Franchisee**

---

**4.2 3**

**CDO Group**                                          Last 4 digits of account number _____          **$14,232.93**
Nonpriority Creditor's Name
**333 W. Harrison Street**                             When was the debt incurred? _____
**Oak Park, IL 60304**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                        ☒ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☒ Disputed
☒ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☒ Other. Specify   **Business Guarantee of Debt**

---

**4.2 4**

**Central Products, LLC**                              Last 4 digits of account number _____          **$51,418.15**
Nonpriority Creditor's Name
**dba Central Restaurant Products**                    When was the debt incurred? _____
**7750 Georgetown Road**
**Indianapolis, IN 46268**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                        ☒ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☒ Disputed
☒ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
☒ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☒ Other. Specify   **Disputed Business Guaranty**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

**4.25**

**Chef Works, Inc.**
Nonpriority Creditor's Name
**c/o Pucin & Friedland**
**5805 Sepulveda Blvd., 4th Floor**
**Sherman Oaks, CA 91411**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1210**                                **$4,224.93**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt**

---

**4.26**

**Christopher Greigo**
Nonpriority Creditor's Name
**31 Fir Loop**
**Cedar Crest, NM 87008**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____              **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Franchisee**

---

**4.27**

**Clean Cut Lawn Care LLC**
Nonpriority Creditor's Name
**101 NE 41st Avenue**
**Ocala, FL 34470**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____              **$795.00**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Services Rendered**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.2 8 | | | |
|---|---|---|---|

**Cloud Kitchens**

Last 4 digits of account number  **6848** _____  **$45,009.53**

Nonpriority Creditor's Name

**c/o The Leviton Law Firm, Ltd.**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.2 9 | | | |
|---|---|---|---|

**Comcast Business**

Last 4 digits of account number  **9325** _____  **$1,388.69**

Nonpriority Creditor's Name

**1100 Northpoint Pkwy**
**West Palm Beach, FL 33407-1937**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.3 0 | | | |
|---|---|---|---|

**Courtney & Jennifer Welch**

Last 4 digits of account number  _____  **Unknown**

Nonpriority Creditor's Name

**3233 W. Hartland Drive**
**Southaven, MS 38672**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number *(if known)* _____

---

**4.3
1**

| | |
|---|---|
| **COX COMMUNICATIONS** | |
| Nonpriority Creditor's Name | |
| **4222 TRINITY MILLS RD** | |
| **STE 260** | |
| **DALLAS, TX 75287-7666** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **9246** _____                    **$1,508.00**

When was the debt incurred?  **2021-09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Services Rendered**

---

**4.3
2**

| | |
|---|---|
| **CREDIT ONE BANK** | |
| Nonpriority Creditor's Name | |
| **PO BOX 98872** | |
| **LAS VEGAS, NV 89193-8872** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **9452** _____                    **$1,317.00**

When was the debt incurred?  **2018-02**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**

---

**4.3
3**

| | |
|---|---|
| **CREDIT ONE BANK** | |
| Nonpriority Creditor's Name | |
| **PO BOX 98872** | |
| **LAS VEGAS, NV 89193-8872** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **9411** _____                    **$657.00**

When was the debt incurred?  **2018-02**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card**

---

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number (if known)

---

| 4.3 4 | | | |
|---|---|---|---|
| **CREDIT ONE BANK** | | Last 4 digits of account number    **3626** | **$657.00** |
| Nonpriority Creditor's Name | | | |
| **PO BOX 98873** | | When was the debt incurred?    **2019-07** | |
| **LAS VEGAS, NV 89193-8873** | | | |
| Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | | ☐ Contingent | |
| ☒ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ☐ At least one of the debtors and another | | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | | | |
| ☒ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | | ☒ Other. Specify    **CREDIT CARD** | |

---

| 4.3 5 | | | |
|---|---|---|---|
| **CWS/CW NEXUS** | | Last 4 digits of account number    **5481** | **$1,247.00** |
| Nonpriority Creditor's Name | | | |
| **101 CROSSWAYS PARK DR W** | | When was the debt incurred?    **2016-10** | |
| **WOODBURY, NY 11797-2020** | | | |
| Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | | ☐ Contingent | |
| ☒ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ☐ At least one of the debtors and another | | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | | | |
| ☒ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | | ☒ Other. Specify    **Credit Card** | |

---

| 4.3 6 | | | |
|---|---|---|---|
| **David & Crayonnia Gordon Somers** | | Last 4 digits of account number | **Unknown** |
| Nonpriority Creditor's Name | | | |
| **2601 Tiny Town Road** | | When was the debt incurred? | |
| **Clarksville, TN 37042** | | | |
| Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | | ☒ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☒ Disputed | |
| ☒ At least one of the debtors and another | | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | | | |
| ☒ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | | ☒ Other. Specify    **Business Partner/Investor** | |

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.3 7 | |
|---|---|

**David Giusto**

Nonpriority Creditor's Name

**2813 W Otto Avenue**

**Tampa, FL 33607**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

---

| 4.3 8 | |
|---|---|

**Dee Dixon**

Nonpriority Creditor's Name

**160 Ellsworth Circle**

**Saint Johns, FL 32259**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

---

| 4.3 9 | |
|---|---|

**Deniel Timmons**

Nonpriority Creditor's Name

**410 SE Olustee Avenue**

**Lake City, FL 32025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

---

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

**4.40**

**DME Sports Academy**

Nonpriority Creditor's Name
**2441 Bellevue Ave**
**Daytona Beach, FL 32114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Private School Tuition**

**$11,000.00**

---

**4.41**

**Dr. Valda Slack**

Nonpriority Creditor's Name
**17867 SE 115th Circle**
**Spring Hill, FL 34609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Loan**

**$14,000.00**

---

**4.42**

**Duke Energy**

Nonpriority Creditor's Name
**PO Box 1090**
**Charlotte, NC 28201-1090**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **8604**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**$585.25**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number *(if known)* _____

---

| 4.4 3 | | | |
|---|---|---|---|

**Duke Energy**
Nonpriority Creditor's Name
**PO Box 1090**
**Charlotte, NC 28201-1090**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **8406** _____        **$146.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt** _____

---

| 4.4 4 | | | |
|---|---|---|---|

**Easy Ice, LLC**
Nonpriority Creditor's Name
**PO Box 879**
**Marquette, MI 49855**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **7804** _____        **$191.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt** _____

---

| 4.4 5 | | | |
|---|---|---|---|

**E-RENTER PLAN**
Nonpriority Creditor's Name
**PO BOX 17478**
**Irvine, CA 92623-7478**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **9763** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered** _____

---

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.4 6 | **Expand LLC** | Last 4 digits of account number _____ | $399.32 |
|---|---|---|---|

Nonpriority Creditor's Name
**3600 Embassy Pkwy, Suite 120**
**Akron, OH 44333**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.4 7 | **FF Properties, L.P.** | Last 4 digits of account number _____ | $12,025.62 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Kimball, Tirey & St. John LLP**
**7676 Hazard Center Drive, Suite 900**
**San Diego, CA 92108**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.4 8 | **FIRST PREMIER BANK** | Last 4 digits of account number   8193 | $1,518.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**601 S MINNESOTA AVE**
**Sioux Falls, SD 57104**

When was the debt incurred?   2017-06

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

**4.49**

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Last 4 digits of account number **7458** | **$651.00** |
| Nonpriority Creditor's Name | | |
| **601 S MINNESOTA AVE** | When was the debt incurred? **2016-04** | |
| **Sioux Falls, SD 57104** | | |
| Number Street City State Zip Code | | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Credit Card**

---

**4.50**

| | | |
|---|---|---|
| **FIRST PREMIER BANK** | Last 4 digits of account number **5872** | **$295.00** |
| Nonpriority Creditor's Name | | |
| **601 S MINNESOTA AVE** | When was the debt incurred? **2016-04** | |
| **Sioux Falls, SD 57104** | | |
| Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Credit Card**

---

**4.51**

| | | |
|---|---|---|
| **Florida Express** | Last 4 digits of account number | **$1,000.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 5058** | When was the debt incurred? | |
| **Ocala, FL 34478** | | |
| Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.5 2 | | | |
|---|---|---|---|

**Florida Natural Gas**

Nonpriority Creditor's Name
**c/o Virtuoso Sourcing Group**
**4500 Cherry Creek South Dr, Ste**
**500**

**Glendale, CO 80246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **7581**                              **$161.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

| 4.5 3 | | | |
|---|---|---|---|

**Florida Pest Control**

Nonpriority Creditor's Name
**PO Box 13848**
**Reading, PA 19612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **5209**                              **$600.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

| 4.5 4 | | | |
|---|---|---|---|

**FLORIDA PEST CONTROL**

Nonpriority Creditor's Name
**PO BOX 13848**
**Reading, PA 19612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **4573**                              **$374.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Services Rendered**

---

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.5 5 | **FranConnect, LLC** | Last 4 digits of account number _____ | **$33,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**13865 Sunrise Valley Drive**
**Suite 150**
**Herndon, VA 20171**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.5 6 | **Gadiel & Carrie Cruz** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**GTG Management LLC**
**13325 Vennetta Way**
**Windermere, FL 34786**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.5 7 | **Georgette Tomsick** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1650 Black Hills Way**
**North Las Vegas, NV 89031**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.58 | **Grinder Taber & Grinder, Inc.** | | Last 4 digits of account number _____ | **$76,844.21** |

Nonpriority Creditor's Name
**1919 Lynnfield Rd B**
**Memphis, TN 38119**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Liability**

---

| 4.59 | **Hugh Bogart** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**920 Derby Trace**
**Nashville, TN 37211**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

| 4.60 | **Ink Link Marketing LLC** | | Last 4 digits of account number _____ | **$11,005.00** |

Nonpriority Creditor's Name
**6073 NW 167 Street Suite C18**
**Hialeah, FL 33015**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1 **Fredrick Tobias Jacobs**

Debtor 2 **Taja Lee Jacobs**

Case number (if known) _____

---

**4.6.1**

**James McLeod**
Nonpriority Creditor's Name

**1052 Chestnut Hill Circle SW**

**Marietta, GA 30064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Franchisee**

---

**4.6.2**

**Jeffrey & Karin Moyle**
Nonpriority Creditor's Name

**1055 Riverside Walk Crossing**

**Sugar Hill, GA 30518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

---

**4.6.3**

**Jeffrey Selgren**
Nonpriority Creditor's Name

**Roknar LLC**

**1922 Russell Avenue**

**Cheyenne, WY 82001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Franchisee**

---

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

**4.6 4**

**Jena Woodyard**
Nonpriority Creditor's Name
**Eagle Medical Management**
**3001 West Silver Springs Blvd.**
**Building 100**
**Ocala, FL 34475**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

---

**4.6 5**

**John & Francheska Noble**
Nonpriority Creditor's Name
**23223 Front Beach Road**
**Apt C3-104**
**Panama City Beach, FL 32413**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

**4.6 6**

**Kama & Christy Mitchell**
Nonpriority Creditor's Name
**46 Juniper Loop Court**
**Ocala, FL 34480**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

---

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number (if known) _____

---

**4.67**

**Karen Mitchell**
Nonpriority Creditor's Name
**5398 Sun Trail Drive**
**Florissant, MO 63033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

**4.68**

**Kelly Donnell**
Nonpriority Creditor's Name
**1650 Black Hills Way**
**North Las Vegas, NV 89031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

**4.69**

**KServicing (Kabbage Funding)**
Nonpriority Creditor's Name
**925B Peachtree Street NE**
**Suite 1688**
**Atlanta, GA 30309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          **$18,141.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.70 | | | |
|---|---|---|---|
| **LIBERTY MUTUAL INSURANCE** | **Last 4 digits of account number** | **3032** | **$933.00** |

Nonpriority Creditor's Name
**175 Berkeley Street**
**Boston, MA 02116**

**When was the debt incurred?** **2024-01**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

| 4.71 | | | |
|---|---|---|---|
| **Madison Ortiz** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**19440 SE 91st Lane**
**Ocklawaha, FL 32179**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Former Employee of Business**

---

| 4.72 | | | |
|---|---|---|---|
| **MARION COUNTY FIRE RESCUE** | **Last 4 digits of account number** | **7733** | **$683.00** |

Nonpriority Creditor's Name
**106 COMMERCE ST2631 SE 3rd St, STE 101**
**Ocala, FL 34471**

**When was the debt incurred?** **2020-12**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

Debtor 1   **Fredrick Tobias Jacobs**
Debtor 2   **Taja Lee Jacobs**                                  Case number (if known) _____

---

| 4.7 3 | **MAX ADVANCE LLC** | Last 4 digits of account number   **4843** | **$35,338.00** |

Nonpriority Creditor's Name
**4208 18th Avenue**
**Brooklyn, NY 11218**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Loan**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 4.7 4 | **Med Direct Capital, LLC** | Last 4 digits of account number _____ | **$117,500.00** |

Nonpriority Creditor's Name
**1075 Anchor Pt**
**Delray Beach, FL 33444**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guaranty of Business Loan**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 4.7 5 | **MEDICAL IMAGING CENTER OF OCALA LLP** | Last 4 digits of account number   **5611** | **$1,250.00** |

Nonpriority Creditor's Name
**PO BOX 20672**
**Tampa, FL 33622-0672**

When was the debt incurred?   **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Expense**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known)

---

**4.76**

**Merchant Services**

Nonpriority Creditor's Name

**PO Box 6010**

**Hagerstown, MD 21741-6010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **4887**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt**

**Unknown**

---

**4.77**

**MERRICK BANK**

Nonpriority Creditor's Name

**PO BOX 9201**

**OLD BETHPAGE, NY 11804-9001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☒ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **5481**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Credit Card**

**$991.25**

---

**4.78**

**Michael Shaffer**

Nonpriority Creditor's Name

**MMA LLC**

**961 N 1075 W**

**Layton, UT 84041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

**Unknown**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known)

---

**4.79**

**Michelle Gregory**
Nonpriority Creditor's Name
**1966 Normandy Drive**
**Zanesville, OH 43701**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

**4.80**

**Mikayla Shaffer**
Nonpriority Creditor's Name
**961 N 1075 W**
**Layton, UT 84041**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

---

**4.81**

**MOBILOANS, LLC**
Nonpriority Creditor's Name
**PO BOX 1409**
**MARKSVILLE, LA 71351-1409**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **6039**                    **$2,949.00**

**When was the debt incurred?**   **2023-07-05**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Line of Credit**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.8 2 | | | |
|---|---|---|---|

**Nadina Hammonds**

Nonpriority Creditor's Name

**253 Main Street Suite 109**
**Matawan, NJ 07747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

| 4.8 3 | | | |
|---|---|---|---|

**NATIONAL ENTERPRISE SYSTEM**

Nonpriority Creditor's Name

**FOR PNC BANK**
**2479 EDISON BLVD, UNIT A**
**Twinsburg, OH 44087-2340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **4804**     **$189.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.8 4 | | | |
|---|---|---|---|

**NATIONAL ENTERPRISE SYSTEM**

Nonpriority Creditor's Name

**FOR PNC BANK**
**2479 EDISON BLVD, UNIT A**
**Twinsburg, OH 44087-2340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **1122**     **$3,337.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1　**Fredrick Tobias Jacobs**

Debtor 2　**Taja Lee Jacobs**

Case number (if known) _____

---

| 4.8 5 | **Nationwide Mutual Insurance Comp.** | | Last 4 digits of account number | 7456 | $1,200.12 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Leviton Law Firm, Ltd.**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Business Debt**

---

| 4.8 6 | **Nationwide Mutual Insurance Company** | | Last 4 digits of account number | 5716 | $5,251.26 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 77210**
**Minneapolis, MN 55480-7200**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Business Debt**

---

| 4.8 7 | **Nationwide Mutual Insurance Company** | | Last 4 digits of account number | | $2,685.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**One West Nationwide Blvd.**
**Columbus, OH 43215-2220**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known)

---

| 4.8 8 | | | |
|---|---|---|---|
| **NAVIENT** | | Last 4 digits of account number | **0716** | **$45,181.00** |

Nonpriority Creditor's Name
**PO BOX 9500**
**WILKES BARRE, PA 18773-9500**

When was the debt incurred? **2005-06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☒ Student loans

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student Loan

---

| 4.8 9 | | | |
|---|---|---|---|
| **NAVY FEDERAL CREDIT UNION** | | Last 4 digits of account number | **4317** | **$853.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 3000**
**Merrifield, VA 22119-3000**

When was the debt incurred? **2022-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Negative balance in account**

---

| 4.9 0 | | | |
|---|---|---|---|
| **Nestle Professional North America** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**30002 Bainbridge Road**
**Solon, OH 44139**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**                                    Case number (if known) _____

---

**4.9 1**

**NETCREDIT/RB**

Nonpriority Creditor's Name

**175 W JACKSON BLVD, STE 1000**
**CHICAGO, IL 60604-2615**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **5320**                $3,374.00

**When was the debt incurred?**    **2023-02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Line of Credit**

---

**4.9 2**

**NuCO2, Inc.**

Nonpriority Creditor's Name

**2800 SE Market Place**
**Stuart, FL 34997**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **8540**                $2,811.01

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Guarantee of Debt**

---

**4.9 3**

**Oates Energy Inc.**

Nonpriority Creditor's Name

**14286 Beach Blvd, Suite 12**
**Jacksonville Beach, FL 32250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number                        $56.42

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt**

---

07/05/24 5:35 PM

Debtor 1 **Fredrick Tobias Jacobs**
Debtor 2 **Taja Lee Jacobs**

Case number (if known)

---

| 4.9 4 | **Ocala Heating & Air Conditioning, LLC** | | **Last 4 digits of account number** _____ | **$589.18** |

Nonpriority Creditor's Name
**3695 SE 58th Avenue**
**Ocala, FL 34480**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Guarantee of Debt**

---

| 4.9 5 | **ODK Capital, LLC** | **Last 4 digits of account number** _____ | **$135,955.40** |

Nonpriority Creditor's Name
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810-1008**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

| 4.9 6 | **ODK Capital, LLC** | **Last 4 digits of account number** _____ | **$6,051.99** |

Nonpriority Creditor's Name
**c/o Zwicker & Associates, P.C.**
**80 Minuteman Road**
**Andover, MA 01810-1008**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.9 7 | **OpenTable** | Last 4 digits of account number | **1441** | **$503.40** |

Nonpriority Creditor's Name
**One Montgomery Street, Suite 500**
**San Francisco, CA 94104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.9 8 | **Orlester Johnson** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**c/o Stacy Clinton, Esq.**
**The Clinton Law Office**
**4862 Elvis Presley Blvd.**
**Memphis, TN 38116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Loan**

---

| 4.9 9 | **Oscar & Esther Estrada** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Omen LLC**
**16024 Rising Star Drive**
**Clermont, FL 34714**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.1<br>00 | **P1 Finance** | Last 4 digits of account number **6916** | **$458.36** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 922025**
**Norcross, GA 30010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.1<br>01 | **Patrick Cirwithian** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**156 Duck Hawk Circle**
**Daytona Beach, FL 32119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

---

| 4.1<br>02 | **Paypal, Inc.** | Last 4 digits of account number _____ | **$65,252.03** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Enterprise Recovery, LLC**
**301 Lacey St**
**West Chester, PA 19382**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.1 03 | **Peoples Gas** | **Last 4 digits of account number** | **0669** | **$319.22** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Transworld Systems Inc.**
**500 Virginia Drive, Suite 514**
**Fort Washington, PA 19034**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

| 4.1 04 | **PNC BANK** | **Last 4 digits of account number** | **0359** | **$415.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATN: BANKRUPTCY DEPARTMENT**
**PO BOX 94982: MS: BR-YB58-01-5**
**CLEVELAND, OH 44101**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Line of Credit**

---

| 4.1 05 | **PNC BANK** | **Last 4 digits of account number** | **8220** | **$130.81** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O CREDIT COLLECTION**
**SERVICES**
**725 CANTON STREET**
**Norwood, MA 02062**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

Debtor 1 **Fredrick Tobias Jacobs**

Debtor 2 **Taja Lee Jacobs**

Case number (if known)

---

| 4.1 06 | | | |
|---|---|---|---|

**PNC FINANCIAL**
Nonpriority Creditor's Name
**300 FIFTH AVENUE**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **0330**                       **$280.00**

**When was the debt incurred?**   **2020-09**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

---

| 4.1 07 | | | |
|---|---|---|---|

**PNC FINANCIAL**
Nonpriority Creditor's Name
**300 FIFTH AVENUE**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **2839**                       **$248.00**

**When was the debt incurred?**   **2020-09**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

---

| 4.1 08 | | | |
|---|---|---|---|

**PROGRESSIVE INSURANCE**
Nonpriority Creditor's Name
**6300 WILSON MILLS RD**
**Mayfield Village, OH 44143-2109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **3922**                       **$4,167.00**

**When was the debt incurred?**   **2023-02**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**                                    Case number (if known)

---

**4.1 09**

**Quentin Anderson**
Nonpriority Creditor's Name
**1780 Kettner Blvd #315**
**San Diego, CA 92101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

**4.1 10**

**QUEST DIAGNOSTICS**
Nonpriority Creditor's Name
**BNKCY NOTIFICATION**
**500 Plaza Drive**
**Secaucus, NJ 07094**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number **1030**                    **$486.41**

**When was the debt incurred?**   **1/9/2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Expense**

---

**4.1 11**

**Residences at Markets West**
Nonpriority Creditor's Name
**7400 SW 13th Road**
**Gainesville, FL 32607**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Guarantee of Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number *(if known)* _____

| 4.1 12 | **Robert Patrick & Co.** | Last 4 digits of account number _____ | **$10,159.30** |

Nonpriority Creditor's Name
**2 South Ave. East**
**Cranford, NJ 07016**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.1 13 | **Rodney Williams** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**922 Riverscape Street**
**Bradenton, FL 34208**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Partner/Investor**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.1 14 | **Roger & Cynthia George** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4895 Sandy Hill Drive**
**Valdosta, GA 31601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Franchisee**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1   **Fredrick Tobias Jacobs**

Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

**4.1 15**

**Rudolph Rolle**

Nonpriority Creditor's Name

**2973 Etowah Park Blvd.**

**        32278**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner**

---

**4.1 16**

**Scott & Anissa Hargraves**

Nonpriority Creditor's Name

**FYG Foods**

**11015 Sandy Creek Dr.**

**Sandy, UT 84094**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Franchisee**

---

**4.1 17**

**Scott Stephens**

Nonpriority Creditor's Name

**20960 River Drive**

**Dunnellon, FL 34431**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Partner/Investor**

---

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number (if known) _____

---

**4.1
18**

**Shankman Leone, P.A.**
Nonpriority Creditor's Name
**707 N Franklin St**
**Fifth Floor**
**Tampa, FL 33602**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Line of Credit**

**$34,551.00**

---

**4.1
19**

**SHERIDAN EMER PHYS-S.E. FLOR**
Nonpriority Creditor's Name
**20 Burton Hills Blvd, Ste 500**

**Nashville, TN 37215**
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **0968**

When was the debt incurred?   **2018-08**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Expense**

**$981.00**

---

**4.1
20**

**Spectrio, LLC**
Nonpriority Creditor's Name
**PO Box 890271**
**Charlotte, NC 28289-0271**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   **5454**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**$2,883.97**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known)

---

**4.1 21**

**SPEF Holding Company, LLC, et al.**

Nonpriority Creditor's Name
**c/o Bass Berry & Sims**
**Attn: T. Gaillard Ulhorn, Esq.**
**100 Peabody Place, Suite 1300**
**Memphis, TN 38103**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Liability**

---

**4.1 22**

**Spire Law, LLC**

Nonpriority Creditor's Name
**2572 W State Rd 426, Suite 2088**
**Oviedo, FL 32765**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____        **$92,887.07**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

**4.1 23**

**SURGERY CENTER OF CENTRAL FLORIDA**

Nonpriority Creditor's Name
**6547   SW STATE RD 200**
**Ocala, FL 34476**

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1223**        **$2,286.00**

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical Expense**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Fredrick Tobias Jacobs**

Debtor 2   **Taja Lee Jacobs**

Case number (if known) _____

---

| 4.1 24 | **SYSCO JACKSONVILLE INC.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1501 Lewis Industrial Dr**

**Jacksonville, FL 32254**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Judgment**

---

| 4.1 25 | **TapMango Inc.** | Last 4 digits of account number _____ | **$3,468.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**5775 Yonge Street, Suite 1801**

**Toronto Ontario M2M 4J1**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt**

---

| 4.1 26 | **The Leviton Law Firm, Ltd.** | Last 4 digits of account number   **0696** | **$39,522.66** |
|---|---|---|---|

Nonpriority Creditor's Name

**For ADP - SBS**

**One Pierce Place, Suite 725W**

**Itasca, IL 60143**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**                                    Case number (if known) _____

---

| 4.1 27 | **Tower Harbor Club, LLC** | Last 4 digits of account number _____ | **$3,940,735.99** |

Nonpriority Creditor's Name
**c/o Cynthia D. Stelzer, Esq.**
**Kimball, Tirey & St. John LLP**
**7676 Hazard Center Drive, Suite 900**
**San Diego, CA 92108**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Breach of Lease Guaranty**

---

| 4.1 28 | **Tre Harris** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2089 Century Avenue SE**
**Cleveland, TN 37311**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Franchisee**

---

| 4.1 29 | **Trinity Catholic High School** | Last 4 digits of account number _____ | **$6,500.00** |

Nonpriority Creditor's Name
**2600 SW 42nd St**
**Ocala, FL 34471**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Private School Tuition**

---

Debtor 1  **Fredrick Tobias Jacobs**

Debtor 2  **Taja Lee Jacobs**

Case number (if known)

---

**4.1 30**

**UF HEALTH - GAINESVILLE**

Nonpriority Creditor's Name

**1600 SW Archer Rd**

**Gainesville, FL 32608**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☒ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number    **8629**                        **$1,660.43**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Medical Expense**

---

**4.1 31**

**Upstart Loan Operations**

Nonpriority Creditor's Name

**PO BOX 1503**

**SAN CARLOS, CA 94070-7503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number    **9315**                        **$29,425.00**

**When was the debt incurred?**    **2023-02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Loan**

---

**4.1 32**

**US Foods**

Nonpriority Creditor's Name

**7004 E. Hanna**

**Tampa, FL 33610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number    **4983**                        **$150.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt**

---

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**                                    Case number (if known) _____

---

**4.1 33**

**Vonage**
Nonpriority Creditor's Name
**101 Crawfords Corner Road**
**Suite 2416**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **9582**                          **$2,400.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt**

---

**4.1 34**

**Walter & Stephanie Harvey**
Nonpriority Creditor's Name
**5703 SW 50th Avenue**
**Ocala, FL 34474**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____                          **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Partner/Investor**

---

**4.1 35**

**WATER'S EDGE DERMATOLOGY**
Nonpriority Creditor's Name
**2845 PGA BLVD**
**Palm Beach Gardens, FL 33410**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **8691**                          **$49.00**

When was the debt incurred?  **2023**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical Expense**

---

| Debtor 1 | **Fredrick Tobias Jacobs** | |
|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number (if known) |

| 4.1 36 | **Wenzel Fenton Cabassa PA** | | Last 4 digits of account number | | $3,325.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 N Florida Avenue, Suite 300**
**Tampa, FL 33602**
Number Street City State Zip Code

When was the debt incurred?   **8/2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services Rendered**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **A.R.M. SOLUTIONS, INC.**<br>**FOR FLORIDA PEST CONTROL**<br>**PO BOX 2929**<br>**Camarillo, CA 93011-2929** | Line **4.54** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Altus Receivables Management**<br>**For Cloud Kitchens**<br>**Po Box 186**<br>**Metairie, LA 70004-0186** | Line **4.28** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number            6848 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Amazon Business**<br>**P.O. Box 81226**<br>**Seattle, WA 98108-1226** | Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **AR RESOURCES, INC.**<br>**ATTN: BANKRUPTCY**<br>**FOR   SHERIDAN EMERGENCY**<br>**PHYS.**<br>**PO BOX 1056**<br>**BLUE BELL, PA 19422-0287** | Line **4.119** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ATT/DIRECTV**<br>**2260 E Imperial Hwy**<br>**El Segundo, CA 90245** | Line **4.13** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CFM**<br>**For Aramark**<br>**PO Box 674257**<br>**Marietta, GA 30006-0072** | Line **4.11** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Charles Ruse Jr.**<br>**Ruse Law** | Line **4.17** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

---

| | |
|---|---|
| Debtor 1  **Fredrick Tobias Jacobs** | |
| Debtor 2  **Taja Lee Jacobs** | Case number (if known) |

**500 NE 8th Avenue**
**Ocala, FL 34470**

Last 4 digits of account number

---

**Name and Address**
**COMMERCIAL COLLECTION CORP**
**OF NY**
**FOR CENTRAL RESTAURANT**
**PRODUCTS**
**34 SEYMOUR ST**
**Tonawanda, NY 14150**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CREDENCE RESOURCE**
**MANAGEMENT, LLC**
**ATTN: BANKRUPTCY**
**FOR COX COMMUNICATIONS**
**PO BOX 2300**
**SOUTHGATE, MI 48195-4300**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CREDIT COLLECTION SERVICES**
**ATTN: BANKRUPTCY**
**FOR LIBERTY MUTUAL**
**INSURANCE CO.**
**725 CANTON ST**
**NORWOOD, MA 02062-2679**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**CREDIT COLLECTION SERVICES**
**ATTN: BANKRUPTCY**
**FOR PROGRESSIVE INSURANCE**
**725 CANTON ST**
**NORWOOD, MA 02062-2679**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.108** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        3922

---

**Name and Address**
**CREDIT COLLECTION SERVICES**
**FOR PNC BANK**
**725 CANTON STREET**
**Norwood, MA 02062**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.104** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**FMA ALLIANCE LTD**
**FOR UPSTART SMB/CRB**
**12339 CUTTEN RD**
**HOUSTON, TX 77066-1807**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.131** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Frederick C. Morello, PA**
**Frederick C. Morello, Esq.**
**2nd Floor**
**111 N. Frederick Avenue**
**Daytona Beach, FL 32114**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Glankler Brown, PLLC**
**Attn: Jeremy G. Alpert, Esq.**
**6000 Poplar Avenue, Suite 400**
**Memphis, TN 38119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1   **Fredrick Tobias Jacobs**

Debtor 2   **Taja Lee Jacobs**

Case number (*if known*) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **HIDAY & RICKE, PA**<br>**FOR SYSCO JACKSONVILLE INC**<br>**PO BOX 550858**<br>**Jacksonville, FL 32255-0858** | Line **4.124** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **IC SYSTEMS, INC.**<br>**ATTN: BANKRUPTCY**<br>**FOR BANFIELD PET HOSPITAL**<br>**PO BOX 64378**<br>**SAINT PAUL, MN 55164-0378** | Line **4.14** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **INGOLD LAW PLLC**<br>**FOR CENTRAL RESTAURANT**<br>**PRODUCTS**<br>**5555 MAIN STREET**<br>**Buffalo, NY 14221** | Line **4.24** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Lalchandani Simon PL**<br>**Attn: Kubs Lalchandani, Esq.**<br>**25 SE 2nd Avenue, Suite 1020**<br>**Miami, FL 33131** | Line **4.74** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Marcadis Singer, P.A.**<br>**Attn: Gilbert Singer, Esq.**<br>**5104 South Westshore Blvd.**<br>**Tampa, FL 33611** | Line **4.24** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **MAX ADVANCE     ?????**<br>**LAWSUIT IN KINGS BOROUGH**<br>**???????** | Line **4.73** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **MIDLAND CREDIT MANAGEMENT**<br>**FOR Credit One Bank**<br>**350 Camino De La Reina Ste 100**<br>**San Diego, CA 92108** | Line **4.33** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3626** |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **MIDLAND CREDIT MANAGEMENT**<br>**FOR CREDIT ONE BANK**<br>**350 Camino de la Reina Ste 100**<br>**San Diego, CA 92108** | Line **4.34** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Nestle USA, Inc.**<br>**Attn: Legal Department**<br>**30003 Bainbridge Road**<br>**Solon, OH 44139** | Line **4.90** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **STEVENS & RICCI, INC.**<br>**FOR INK LINK MARKETING, LLC**<br>**7739 E BROADWAY BLVD, STE 220** | Line **4.60** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Fredrick Tobias Jacobs** | | |
|---|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number (if known) | |

**Tucson, AZ 85710**

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tower Harbor Club, LLC**<br>**100 Harbor Drive Suite 5**<br>**San Diego, CA 92101** | Line **4.127** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **TSYS DEBT MGMT (TDM)**<br>**CAPITAL ONE BANK**<br>**6125 LAKEVIEW RD STE 800**<br>**CHARLOTTE, NC 28269-2605** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **TSYS DEBT MGMT (TDM)**<br>**CAPITAL ONE BANK**<br>**6125 LAKEVIEW RD STE 800**<br>**CHARLOTTE, NC 28269-2605** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED COLLECTION SERVICE,**<br>**INC.**<br>**ATTN: BANKRUPTCY**<br>**FOR MARION COUNTY FIRE**<br>**RESCUE**<br>**PO BOX 953638**<br>**LAKE MARY, FL 32795-3638** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED STATES ATTORNEY**<br>**300 NORTH HOGAN ST SUITE 700**<br>**JACKSONVILLE, FL 32202-4204** | Line **2.1** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UNITED STATES ATTORNEY**<br>**GENERAL**<br>**US DEPARTMENT OF JUSTICE**<br>**950 PENNSYLVANIA AVE NW**<br>**WASHINGTON, DC 20530-0001** | Line **2.1** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 45,181.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount | 6i. | $ | 4,906,374.98 |

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**

Case number (if known) _____

here.

6j.    **Total Nonpriority.** Add lines 6f through 6i.                  6j.    $            **4,951,555.98**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number        Street<br><br>City                    State            ZIP Code | |
| 2.2<br>Name<br><br>Number        Street<br><br>City                    State            ZIP Code | |
| 2.3<br>Name<br><br>Number        Street<br><br>City                    State            ZIP Code | |
| 2.4<br>Name<br><br>Number        Street<br><br>City                    State            ZIP Code | |
| 2.5<br>Name<br><br>Number        Street<br><br>City                    State            ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.131__<br>☐ Schedule G _____<br>**Upstart Loan Operations** |
| 3.2  **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**FLORIDA PEST CONTROL** |
| 3.3  **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Cavis Callies** |
| 3.4  **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>**Nadina Hammonds** |

| Debtor 1 | **Fredrick Tobias Jacobs**<br>**Taja Lee Jacobs** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.5 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.59___
☐ Schedule G _____
**Hugh Bogart**

3.6 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.101___
☐ Schedule G _____
**Patrick Cirwithian**

3.7 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.67___
☐ Schedule G _____
**Karen Mitchell**

3.8 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.56___
☐ Schedule G _____
**Gadiel & Carrie Cruz**

3.9 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.68___
☐ Schedule G _____
**Kelly Donnell**

3.10 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.57___
☐ Schedule G _____
**Georgette Tomsick**

3.11 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.99___
☐ Schedule G _____
**Oscar & Esther Estrada**

3.12 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.79___
☐ Schedule G _____
**Michelle Gregory**

07/05/24 5:35 PM

**Fredrick Tobias Jacobs**
Debtor 1 **Taja Lee Jacobs**

Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.65**___<br>☐ Schedule G _____<br>**John & Francheska Noble** |
| 3.14 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.116**___<br>☐ Schedule G _____<br>**Scott & Anissa Hargraves** |
| 3.15 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Courtney & Jennifer Welch** |
| 3.16 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Jeffrey Selgren** |
| 3.17 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**Christopher Greigo** |
| 3.18 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**Dee Dixon** |
| 3.19 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**David Giusto** |
| 3.20 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.117**___<br>☐ Schedule G _____<br>**Scott Stephens** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

07/05/24 5:35 PM

**Fredrick Tobias Jacobs**
Debtor 1   **Taja Lee Jacobs** _____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Jena Woodyard** |
| 3.22 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.134__<br>☐ Schedule G _____<br>**Walter & Stephanie Harvey** |
| 3.23 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Kama & Christy Mitchell** |
| 3.24 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Rodney Williams** |
| 3.25 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Alton Cheaves** |
| 3.26 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Jeffrey & Karin Moyle** |
| 3.27 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**David & Crayonnia Gordon Somers** |
| 3.28 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Michael Shaffer** |

Debtor 1  **Fredrick Tobias Jacobs**
**Taja Lee Jacobs**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**Mikayla Shaffer** |
| 3.30 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Andrew Clark** |
| 3.31 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Arlene Nash Jones** |
| 3.32 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**Deniel Timmons** |
| 3.33 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>**Grinder Taber & Grinder, Inc.** |
| 3.34 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Andrea Sherwood** |
| 3.35 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Madison Ortiz** |
| 3.36 **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Med Direct Capital, LLC** |

**Fredrick Tobias Jacobs**
Debtor 1 **Taja Lee Jacobs**

Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.37 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.24____
☐ Schedule G _____
**Central Products, LLC**

3.38 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.127____
☐ Schedule G _____
**Tower Harbor Club, LLC**

3.39 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.98____
☐ Schedule G _____
**Orlester Johnson**

3.40 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.6____
☐ Schedule G _____
**Amazon Business**

3.41 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.121____
☐ Schedule G _____
**SPEF Holding Company, LLC, et al.**

3.42 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.118____
☐ Schedule G _____
**Shankman Leone, P.A.**

3.43 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.2____
☐ Schedule G _____
**ADT**

3.44 **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ____4.3____
☐ Schedule G _____
**ADT**

**Fredrick Tobias Jacobs**

Debtor 1 **Taja Lee Jacobs**

Case number *(if known)*

---

| ■ | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

| | | |
|---|---|---|
| 3.45 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.10__ ☐ Schedule G _____ **Aramark** |
| 3.46 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.11__ ☐ Schedule G _____ **Aramark** |
| 3.47 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.15__ ☐ Schedule G _____ **Bear Robotics, Inc.** |
| 3.48 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.23__ ☐ Schedule G _____ **CDO Group** |
| 3.49 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.25__ ☐ Schedule G _____ **Chef Works, Inc.** |
| 3.50 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.27__ ☐ Schedule G _____ **Clean Cut Lawn Care LLC** |
| 3.51 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.28__ ☐ Schedule G _____ **Cloud Kitchens** |
| 3.52 | **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Comcast Business** |

**Fredrick Tobias Jacobs**
Debtor 1 __Taja Lee Jacobs__

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.53 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.42__ ☐ Schedule G _____ **Duke Energy** |
| 3.54 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.43__ ☐ Schedule G _____ **Duke Energy** |
| 3.55 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.44__ ☐ Schedule G _____ **Easy Ice, LLC** |
| 3.56 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.46__ ☐ Schedule G _____ **Expand LLC** |
| 3.57 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.51__ ☐ Schedule G _____ **Florida Express** |
| 3.58 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.52__ ☐ Schedule G _____ **Florida Natural Gas** |
| 3.59 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.53__ ☐ Schedule G _____ **Florida Pest Control** |
| 3.60 **Celebrity's Management Company, LLC** **8604 SW 31st Avenue** **Gainesville, FL 32608** | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.55__ ☐ Schedule G _____ **FranConnect, LLC** |

| Debtor 1 | **Fredrick Tobias Jacobs**<br>**Taja Lee Jacobs** | Case number *(if known)* | _____ |

---

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.61 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**ATT DIRECTV** |
| 3.62 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Ink Link Marketing LLC** |
| 3.63 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**KServicing (Kabbage Funding)** |
| 3.64 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Merchant Services** |
| 3.65 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**NATIONAL ENTERPRISE SYSTEM** |
| 3.66 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**Nationwide Mutual Insurance Comp.** |
| 3.67 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Nationwide Mutual Insurance Company** |
| 3.68 | **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Nationwide Mutual Insurance Company** |

Debtor 1   **Fredrick Tobias Jacobs**
        **Taja Lee Jacobs**

Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.90**<br>☐ Schedule G _____<br>**Nestle Professional North America** |
| 3.70   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.92**<br>☐ Schedule G _____<br>**NuCO2, Inc.** |
| 3.71   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.93**<br>☐ Schedule G _____<br>**Oates Energy Inc.** |
| 3.72   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.94**<br>☐ Schedule G _____<br>**Ocala Heating & Air Conditioning, LLC** |
| 3.73   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.95**<br>☐ Schedule G _____<br>**ODK Capital, LLC** |
| 3.74   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.96**<br>☐ Schedule G _____<br>**ODK Capital, LLC** |
| 3.75   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.97**<br>☐ Schedule G _____<br>**OpenTable** |
| 3.76   **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.100**<br>☐ Schedule G _____<br>**P1 Finance** |

**Fredrick Tobias Jacobs**

Debtor 1  **Taja Lee Jacobs**

Case number *(if known)* _____

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.77  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.102___
☐ Schedule G _____
**Paypal, Inc.**

3.78  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Peoples Gas**

3.79  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.111___
☐ Schedule G _____
**Residences at Markets West**

3.80  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.112___
☐ Schedule G _____
**Robert Patrick & Co.**

3.81  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.122___
☐ Schedule G _____
**Spire Law, LLC**

3.82  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.120___
☐ Schedule G _____
**Spectrio, LLC**

3.83  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.125___
☐ Schedule G _____
**TapMango Inc.**

3.84  **Celebrity's Management Company, LLC**
**8604 SW 31st Avenue**
**Gainesville, FL 32608**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.126___
☐ Schedule G _____
**The Leviton Law Firm, Ltd.**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** <br> **Taja Lee Jacobs** |

Case number *(if known)* _____

| | |
|---|---|
| ▆ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.85  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.132__ <br> ☐ Schedule G _____ <br> **US Foods** |
| 3.86  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.84__ <br> ☐ Schedule G _____ <br> **NATIONAL ENTERPRISE SYSTEM** |
| 3.87  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.17__ <br> ☐ Schedule G _____ <br> **Burning Bush LLC** |
| 3.88  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.109__ <br> ☐ Schedule G _____ <br> **Quentin Anderson** |
| 3.89  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.115__ <br> ☐ Schedule G _____ <br> **Rudolph Rolle** |
| 3.90  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.61__ <br> ☐ Schedule G _____ <br> **James McLeod** |
| 3.91  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.128__ <br> ☐ Schedule G _____ <br> **Tre Harris** |
| 3.92  **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line __4.133__ <br> ☐ Schedule G _____ <br> **Vonage** |

Debtor 1 **Fredrick Tobias Jacobs**
**Taja Lee Jacobs**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.93 **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.114___ <br> ☐ Schedule G _____ <br> **Roger & Cynthia George** |
| 3.94 **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.41___ <br> ☐ Schedule G _____ <br> **Dr. Valda Slack** |
| 3.95 **Celebrity's Management Company, LLC** <br> **8604 SW 31st Avenue** <br> **Gainesville, FL 32608** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.9___ <br> ☐ Schedule G _____ <br> **Anthony Anderson** |
| 3.96 **Dee Dixon** <br> **160 Ellsworth Circle** <br> **Saint Johns, FL 32259** | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.96___ <br> ☐ Schedule G _____ <br> **ODK Capital, LLC** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| Debtor 2 (Spouse, if filing) | **Taja Lee Jacobs** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | **Independent Contactor** |
| **Employer's name** | | **Radiant Funding Group** |
| **Employer's address** | | **401 East Jackson Street Suite 2340 Tampa, FL 33606** |
| **How long employed there?** | | **1 month** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1  **Fredrick Tobias Jacobs**
Debtor 2  **Taja Lee Jacobs**                                                          Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .................................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ 6,000.00 |
| 8b. | **Interest and dividends** | 8b. $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ | 8f. $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 6,000.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 + $ 6,000.00 = $ 6,000.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 6,000.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain:  **Income shown above is estimated now that Debtor wife is working as an independent contractor. Debtors have been relying on contributions from family and church to provide for their living expenses since November/December 2023.**

Fill in this information to identify your case:

Debtor 1    **Fredrick Tobias Jacobs**

Debtor 2    **Taja Lee Jacobs**
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☒ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 17 | ☐ No  ☒ Yes |
| Son | 16 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   **If not included in line 4:**

   | 4a. | Real estate taxes | 4a. $ _____ 0.00 |
   |---|---|---|
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 76.75 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

6. **Utilities:**

   | 6a. | Electricity, heat, natural gas | 6a. $ _____ 450.00 |
   |---|---|---|
   | 6b. | Water, sewer, garbage collection | 6b. $ _____ 0.00 |
   | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ _____ 500.00 |
   | 6d. | Other. Specify: **Security monitoring** | 6d. $ _____ 99.00 |

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 1,600.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 500.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| | 15a.  Life insurance | 15a. $ | 211.00 |
| | 15b.  Health insurance | 15b. $ | 210.00 |
| | 15c.  Vehicle insurance | 15c. $ | 635.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $    0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.  Other. Specify: _____ | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $    0.00

19. **Other payments you make to support others who do not live with you.**    19. $    0.00
Specify: _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | | |
|---|---|---|---|
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |

21. **Other:** Specify:    **Pet expenses**    21. +$    100.00

| | | |
|---|---|---|
| **Lawn maintenance** | +$ | 300.00 |
| **Pet control** | +$ | 100.00 |
| **Vehicle maintenance** | +$ | 150.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 6,031.75 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 6,031.75 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | 6,000.00 |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | | 6,031.75 |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | | -31.75 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| Debtor 1 | **Fredrick Tobias Jacobs** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Taja Lee Jacobs** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Fredrick Tobias Jacobs** | X **/s/ Taja Lee Jacobs** |
|---|---|
| **Fredrick Tobias Jacobs** | **Taja Lee Jacobs** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **July 5, 2024** | Date  **July 5, 2024** |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Taja Lee Jacobs** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☒ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **7380 SW 13th Road, Apt 321 Gainesville, FL 32607** | From-To: **6/2023 - 3/2024** | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 From-To: |
| **1712 SE 35th Lane Ocala, FL 34471** | From-To: **12/2016 - 6/2023** | ☒ Same as Debtor 1 | ☒ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**
                                                                          Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☒ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ☒ Operating a business | | ☐ Operating a business | |
| | ☒ Wages, commissions, bonuses, tips | **$13,950.00** | ☒ Wages, commissions, bonuses, tips | **$48,400.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

---

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☒ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Fredrick Tobias Jacobs | |
|---|---|---|
| Debtor 2 | Taja Lee Jacobs | Case number (*if known*) _____ |

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Max Advance vs. FREDRICK JACOBS, CELEBRITYS SOUL FOOD MANAGEMENT**<br>**3644843**<br>**Unknown** | Judgment | KINGS BOROUGH SUPREME COURT - CIVIL DIVISION | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Andrea Sherwood v. Celebrity's Management Company, LLC, et al.**<br>**22-cv-419-BJD-PRL** | Labor Dispute | Middle District of Florida, Ocala Division | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Chriseanna Mitchell, et al. v. Celebrity's Management Company, LLC, et al.**<br>**22-cv-00108-JSM-PRL** | Labor Dispute | Middle District of Florida, Ocala Division | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Chriseanna Mitchell, et al. v. Celebrity's Management Company, LLC, et al.**<br>**2023-CC-1054** | Breach of Contract, et al. | County Court, Marion County, Florida | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Med Direct Capital, LLC v. Celebrity's Management Company, LLC, et al.**<br>**2023-022788-CA-01** | Collection | Circuit Court, Miami-Dade, County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Tower Harbor Club, LLC v. Celebrity's Management Company, LLC, et al.**<br>**37-2023-00013641-CU-BC-CTL** | Breach of Contract | Superior Court of California, San Diego County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **ODK Capital, LLC v. Celebrity's Management Company, LLC, et al.**<br>**249912925** | Collection | District Court, Salt Lake County, Utah | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Fredrick Tobias Jacobs | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | Taja Lee Jacobs | | | |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

- ☒ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ☒ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ☒ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ☒ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ☐ No
- ☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St. Matthews Baptist Church** | **Debtors give tithes and offerings to church.** | **VariousTotal of $11,000.00 in 2023$1,700.00 YTD 2024** | **$12,700.00** |

## Part 6: List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ☐ No
- ☒ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Automobile accident with a 2018 Mercedes Benz.   Vehicle was totaled and Debtor husband was injured.** | **Debtor is in the process of resolving claim for injuries.**<br>**Insurance paid the lienholder on the Mercedes and gap insurance covered the difference.** | **3/1/2024** | **Unknown** |

## Part 7: List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you

| Debtor 1 | **Fredrick Tobias Jacobs** | |
|---|---|---|
| Debtor 2 | **Taja Lee Jacobs** | Case number *(if known)* |

**consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Lansing Roy, P.A.<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207<br>kpaysinger@lansingroy.com<br>St. Matthews Baptist Church | **Attorney's fees and costs** | **6/14/2024;<br>6/20/2024** | **$3,128.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ram & Anju Vasudevan<br>1712 SE 35th Lane<br>Ocala, FL 34471<br><br>None** | **Debtors sold their prior home located at 1712 SE 35th Lane, Ocala, FL 34471 for gross sales price of $1,000,000.00.** | **Gross sales price - $1,000,000.00Net proceeds - $114,161.24** | **8/11/2023** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | Fredrick Tobias Jacobs | | |
|---|---|---|---|
| Debtor 2 | Taja Lee Jacobs | | Case number (if known) |

---

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Navy Federal Credit Union** | XXXX-2673 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/26/2023** | $0.00 |
| **PNC Bank** | XXXX-0359 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/29/2023** | $0.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☒ Yes.   Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Landlord** | **8604 SW 31st Avenue Gainesville, FL 32608** | **Landlord owns the major kitchen appliances.** | **Unknown** |

| Debtor 1 | Fredrick Tobias Jacobs | |
|---|---|---|
| Debtor 2 | Taja Lee Jacobs | Case number *(if known)* _____ |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Celebrity's Management Company, LLC**<br>**8604 SW 31st Avenue**<br>**Gainesville, FL 32608** | **Franchise company for soul food restaurant concept.** | EIN:<br>From-To | **83-3004040**<br>**2018 - present (ceased operating in 6/2023)** |
| **Dr. J., The Counselor LLC**<br>**2631 SE 58th Avenue**<br>**Ocala, FL 34480** | **Entertainment/Business counseling** | EIN:<br>From-To | **47-5552369**<br>**2015 - present (ceased operating in 2020)** |

---

| Debtor 1 | Fredrick Tobias Jacobs | | |
|---|---|---|---|
| Debtor 2 | Taja Lee Jacobs | Case number (if known) | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☒ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Chriseanna Mitchell**<br>**c/o Edwin Green, Esquire**<br>**1531 SE 36th Avenue**<br>**Ocala, FL 34471** | **4/2024** |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Fredrick Tobias Jacobs | /s/ Taja Lee Jacobs |
|---|---|
| Fredrick Tobias Jacobs | Taja Lee Jacobs |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date | July 5, 2024 | Date | July 5, 2024 |
|---|---|---|---|

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Fredrick Tobias Jacobs** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Taja Lee Jacobs** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CARMAX AUTO FINANCE**<br><br>Description of property securing debt: **2018 Land Rover Range Rover Velar 71,000 miles VIN: SALYL2RX9JA748000** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Fredrick Tobias Jacobs**
Debtor 2    **Taja Lee Jacobs**                                    Case number *(if known)* _____

Lessor's name:                                                              ☐ No
Description of leased
Property:                                                                   ☐ Yes

Lessor's name:                                                              ☐ No
Description of leased
Property:                                                                   ☐ Yes

Lessor's name:                                                              ☐ No
Description of leased
Property:                                                                   ☐ Yes

Lessor's name:                                                              ☐ No
Description of leased
Property:                                                                   ☐ Yes

**Part 3:**    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Fredrick Tobias Jacobs** _____        **X** **/s/ Taja Lee Jacobs** _____
      **Fredrick Tobias Jacobs**                                  **Taja Lee Jacobs**
      Signature of Debtor 1                                       Signature of Debtor 2

Date    **July 5, 2024** _____              Date    **July 5, 2024** _____

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Fredrick Tobias Jacobs**
**Taja Lee Jacobs**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ....................................................   $ _____**2,700.00**

Prior to the filing of this statement I have received ......................................   $ _____**2,700.00**

Balance Due ...................................................................................................   $ _____**0.00**

2.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **The above fee covers representation for the entire case and no additional charge for attorney fees except as set forth below.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representing client in an adversarial matter related to the Chapter 7, included but not limited to: adversary proceedings, objections to exemptions, motions for turnover, and motions to dismiss for bad faith or substantial abuse, and  any amendments to documents filed before the Court.**

_____          _____
**Debtor**                                                      **Date**

_____          _____
**Joint Debtor**                                               **Date**

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**July 5, 2024**_____
*Date*

/s/ Kevin B. Paysinger
**Kevin B. Paysinger**
*Signature of Attorney*
**Lansing Roy PA**
**1710 Shadowood Lane Suite 210**
**Jacksonville, FL 32207**
**(904) 391-0030x101   Fax:**
**kpaysinger@lansingroy.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Florida

In re    **Fredrick Tobias Jacobs**
       **Taja Lee Jacobs**

Case No.

Chapter    **7**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **July 5, 2024**

**/s/ Fredrick Tobias Jacobs**
**Fredrick Tobias Jacobs**
Signature of Debtor

Date:    **July 5, 2024**

**/s/ Taja Lee Jacobs**
**Taja Lee Jacobs**
Signature of Debtor

Kevin B. Paysinger
1710 Shadowood Lane
Suite 210
Jacksonville, FL 32207


A.R.M. SOLUTIONS, INC.
FOR FLORIDA PEST CONTROL PO BOX 2929
Camarillo, CA 93011-2929


AARONS RENTAL
400 GALLERIA PARKWAY, SUITE 300
Atlanta, GA 30339


ADT
452 Sable Blvd Unit G
Aurora, CO 80011


ALLY FINANCIAL
ATTN:  BANKRUPTCY
500 WOODWARD AVE
Detroit, MI 48226-3423


Alton Cheaves
3643 Suitland Road SE
Washington, DC 20020-1249


Altus Receivables Management
For Cloud Kitchens Po Box 186
Metairie, LA 70004-0186


Amazon Business
Attn: Director of Sales
325 9th Ave. N.
Seattle, WA 98109-5210


Amazon Business
P.O. Box 81226
Seattle, WA 98108-1226


Andrea Sherwood
289 Lake Diamond Avenue
Ocala, FL 34472


Andrew Clark
961 N 1075 W
Layton, UT 84041


Anthony Anderson
253 Main Street Suite 109
Matawan, NJ 07747


AR RESOURCES, INC.
ATTN: BANKRUPTCY
FOR  SHERIDAN EMERGENCY PHYS. PO BOX 105
BLUE BELL, PA 19422-0287

```
Aramark
2680 Palumbo Drive
Lexington, KY 40509


Arlene Nash Jones
2056 NW 55th Blvd.
Gainesville, FL 32653


ATT DIRECTV
C/O IC SYSTEM PO BOX 64378
Saint Paul, MN 55164-0378


ATT/DIRECTV
2260 E Imperial Hwy
El Segundo, CA 90245


BANFIELD PET HOSPITAL
8101 SE 6th Way
Vancouver, WA 98683


Bear Robotics, Inc.
16650 Westgrove Dr. Suite 175
Addison, TX 75001


BentoBox Websites
584 Broadway, 4th Floor
New York, NY 10012


Burning Bush LLC
2237 SW 19TH AVE ST, STE 101
Ocala, FL 34471


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CARDIOVASCULAR INSTITUTE OF CENTRAL FL
2111 SW 20TH PL
Ocala, FL 34471


CARMAX AUTO FINANCE
1200 TUCKAHOE CREEK PARKWAY
Henrico, VA 23238


CARMAX AUTO FINANCE
PO BOX 440609
Kennesaw, GA 30160-9511


Cavis Callies
Callies Enterprises LLC
4209 Holiday Place
Oklahoma City, OK 73112


CDO Group
333 W. Harrison Street
Oak Park, IL 60304
```

Central Products, LLC
dba Central Restaurant Products
7750 Georgetown Road
Indianapolis, IN 46268


CFM
For Aramark PO Box 674257
Marietta, GA 30006-0072


Charles Ruse Jr.
Ruse Law 500 NE 8th Avenue
Ocala, FL 34470


Chef Works, Inc.
c/o Pucin & Friedland
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411


Christopher Greigo
31 Fir Loop
Cedar Crest, NM 87008


Clean Cut Lawn Care LLC
101 NE 41st Avenue
Ocala, FL 34470


Cloud Kitchens
c/o The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


Comcast Business
1100 Northpoint Pkwy
West Palm Beach, FL 33407-1937


COMMERCIAL COLLECTION CORP OF NY
FOR CENTRAL RESTAURANT PRODUCTS
34 SEYMOUR ST
Tonawanda, NY 14150


Courtney & Jennifer Welch
3233 W. Hartland Drive
Southaven, MS 38672


COX COMMUNICATIONS
4222 TRINITY MILLS RD
STE 260
DALLAS, TX 75287-7666


CREDENCE RESOURCE MANAGEMENT, LLC
ATTN: BANKRUPTCY
FOR COX COMMUNICATIONS PO BOX 2300
SOUTHGATE, MI 48195-4300

CREDIT COLLECTION SERVICES
ATTN: BANKRUPTCY
FOR PROGRESSIVE INSURANCE 725 CANTON ST
NORWOOD, MA 02062-2679


CREDIT COLLECTION SERVICES
ATTN: BANKRUPTCY
FOR LIBERTY MUTUAL INSURANCE CO. 725 CAN
NORWOOD, MA 02062-2679


CREDIT COLLECTION SERVICES
FOR PNC BANK 725 CANTON STREET
Norwood, MA 02062


CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193-8873


CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872


CWS/CW NEXUS
101 CROSSWAYS PARK DR W
WOODBURY, NY 11797-2020


David & Crayonnia Gordon Somers
2601 Tiny Town Road
Clarksville, TN 37042


David Giusto
2813 W Otto Avenue
Tampa, FL 33607


Dee Dixon
160 Ellsworth Circle
Saint Johns, FL 32259


Deniel Timmons
410 SE Olustee Avenue
Lake City, FL 32025


DME Sports Academy
2441 Bellevue Ave
Daytona Beach, FL 32114


Dr. Valda Slack
17867 SE 115th Circle
Spring Hill, FL 34609


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Easy Ice, LLC
PO Box 879
Marquette, MI 49855


E-RENTER PLAN
PO BOX 17478
Irvine, CA 92623-7478


Expand LLC
3600 Embassy Pkwy, Suite 120
Akron, OH 44333


FF Properties, L.P.
c/o Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Suite 900
San Diego, CA 92108


FIRST PREMIER BANK
601 S MINNESOTA AVE
Sioux Falls, SD 57104


Florida Express
PO Box 5058
Ocala, FL 34478


Florida Natural Gas
c/o Virtuoso Sourcing Group
4500 Cherry Creek South Dr, Ste 500
Glendale, CO 80246


Florida Pest Control
PO Box 13848
Reading, PA 19612


FLORIDA PEST CONTROL
PO BOX 13848
Reading, PA 19612


FMA ALLIANCE LTD
FOR UPSTART SMB/CRB 12339 CUTTEN RD
HOUSTON, TX 77066-1807


FranConnect, LLC
13865 Sunrise Valley Drive Suite 150
Herndon, VA 20171


Frederick C. Morello, PA
Frederick C. Morello, Esq.
2nd Floor 111 N. Frederick Avenue
Daytona Beach, FL 32114


Gadiel & Carrie Cruz
GTG Management LLC 13325 Vennetta Way
Windermere, FL 34786

Georgette Tomsick
1650 Black Hills Way
North Las Vegas, NV 89031


Glankler Brown, PLLC
Attn: Jeremy G. Alpert, Esq.
6000 Poplar Avenue, Suite 400
Memphis, TN 38119


Grinder Taber & Grinder, Inc.
1919 Lynnfield Rd B
Memphis, TN 38119


HIDAY & RICKE, PA
FOR SYSCO JACKSONVILLE INC PO BOX 550858
Jacksonville, FL 32255-0858


Hugh Bogart
920 Derby Trace
Nashville, TN 37211


IC SYSTEMS, INC.
ATTN: BANKRUPTCY
FOR BANFIELD PET HOSPITAL PO BOX 64378
SAINT PAUL, MN 55164-0378


INGOLD LAW PLLC
FOR CENTRAL RESTAURANT PRODUCTS
5555 MAIN STREET
Buffalo, NY 14221


Ink Link Marketing LLC
6073 NW 167 Street Suite C18
Hialeah, FL 33015


Internal Revenue Service
PO Box 7346
PHILADELPHIA, PA 19101-7346


James McLeod
1052 Chestnut Hill Circle SW
Marietta, GA 30064


Jeffrey & Karin Moyle
1055 Riverside Walk Crossing
Sugar Hill, GA 30518


Jeffrey Selgren
Roknar LLC 1922 Russell Avenue
Cheyenne, WY 82001


Jena Woodyard
Eagle Medical Management
3001 West Silver Springs Blvd. Building
Ocala, FL 34475

John & Francheska Noble
23223 Front Beach Road Apt C3-104
Panama City Beach, FL 32413


Kama & Christy Mitchell
46 Juniper Loop Court
Ocala, FL 34480


Karen Mitchell
5398 Sun Trail Drive
Florissant, MO 63033


Kelly Donnell
1650 Black Hills Way
North Las Vegas, NV 89031


KServicing (Kabbage Funding)
925B Peachtree Street NE Suite 1688
Atlanta, GA 30309


Lalchandani Simon PL
Attn: Kubs Lalchandani, Esq.
25 SE 2nd Avenue, Suite 1020
Miami, FL 33131


LIBERTY MUTUAL INSURANCE
175 Berkeley Street
Boston, MA 02116


Madison Ortiz
19440 SE 91st Lane
Ocklawaha, FL 32179


Marcadis Singer, P.A.
Attn: Gilbert Singer, Esq.
5104 South Westshore Blvd.
Tampa, FL 33611


MARION COUNTY FIRE RESCUE
106 COMMERCE ST2631 SE 3rd St,
STE 101
Ocala, FL 34471


MAX ADVANCE ?????
LAWSUIT IN KINGS BOROUGH ???????


MAX ADVANCE LLC
4208 18th Avenue
Brooklyn, NY 11218


Med Direct Capital, LLC
1075 Anchor Pt
Delray Beach, FL 33444

MEDICAL IMAGING CENTER OF OCALA LLP
PO BOX 20672
Tampa, FL 33622-0672


Merchant Services
PO Box 6010
Hagerstown, MD 21741-6010


MERRICK BANK
PO BOX 9201
OLD BETHPAGE, NY 11804-9001


Michael Shaffer
MMA LLC 961 N 1075 W
Layton, UT 84041


Michelle Gregory
1966 Normandy Drive
Zanesville, OH 43701


MIDLAND CREDIT MANAGEMENT
FOR Credit One Bank
350 Camino De La Reina Ste 100
San Diego, CA 92108


MIDLAND CREDIT MANAGEMENT
FOR CREDIT ONE BANK
350 Camino de la Reina Ste 100
San Diego, CA 92108


Mikayla Shaffer
961 N 1075 W
Layton, UT 84041


MOBILOANS, LLC
PO BOX 1409
MARKSVILLE, LA 71351-1409


Nadina Hammonds
253 Main Street Suite 109
Matawan, NJ 07747


NATIONAL ENTERPRISE SYSTEM
FOR PNC BANK 2479 EDISON BLVD, UNIT A
Twinsburg, OH 44087-2340


Nationwide Mutual Insurance Comp.
c/o Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


Nationwide Mutual Insurance Company
PO Box 77210
Minneapolis, MN 55480-7200

Nationwide Mutual Insurance Company
One West Nationwide Blvd.
Columbus, OH 43215-2220

NAVIENT
PO BOX 9500
WILKES BARRE, PA 18773-9500

NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
Merrifield, VA 22119-3000

Nestle Professional North America
30002 Bainbridge Road
Solon, OH 44139

Nestle USA, Inc.
Attn: Legal Department
30003 Bainbridge Road
Solon, OH 44139

NETCREDIT/RB
175 W JACKSON BLVD, STE 1000
CHICAGO, IL 60604-2615

NuCO2, Inc.
2800 SE Market Place
Stuart, FL 34997

Oates Energy Inc.
14286 Beach Blvd, Suite 12
Jacksonville Beach, FL 32250

Ocala Heating & Air Conditioning, LLC
3695 SE 58th Avenue
Ocala, FL 34480

ODK Capital, LLC
c/o Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

OpenTable
One Montgomery Street, Suite 500
San Francisco, CA 94104

Orlester Johnson
c/o Stacy Clinton, Esq.
The Clinton Law Office 4862 Elvis Presle
Memphis, TN 38116

Oscar & Esther Estrada
Omen LLC 16024 Rising Star Drive
Clermont, FL 34714

```
P1 Finance
PO Box 922025
Norcross, GA 30010


Patrick Cirwithian
156 Duck Hawk Circle
Daytona Beach, FL 32119


Paypal, Inc.
c/o Enterprise Recovery, LLC
301 Lacey St
West Chester, PA 19382


Peoples Gas
c/o Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


PNC BANK
ATN: BANKRUPTCY DEPARTMENT
PO BOX 94982: MS: BR-YB58-01-5
CLEVELAND, OH 44101


PNC BANK
C/O CREDIT COLLECTION SERVICES
725 CANTON STREET
Norwood, MA 02062


PNC FINANCIAL
300 FIFTH AVENUE
Pittsburgh, PA 15222


PROGRESSIVE INSURANCE
6300 WILSON MILLS RD
Mayfield Village, OH 44143-2109


Quentin Anderson
1780 Kettner Blvd #315
San Diego, CA 92101


QUEST DIAGNOSTICS
BNKCY NOTIFICATION 500 Plaza Drive
Secaucus, NJ 07094


Residences at Markets West
7400 SW 13th Road
Gainesville, FL 32607


Robert Patrick & Co.
2 South Ave. East
Cranford, NJ 07016


Rodney Williams
922 Riverscape Street
Bradenton, FL 34208
```

Roger & Cynthia George
4895 Sandy Hill Drive
Valdosta, GA 31601


Rudolph Rolle
2973 Etowah Park Blvd.
32278


Scott & Anissa Hargraves
FYG Foods 11015 Sandy Creek Dr.
Sandy, UT 84094


Scott Stephens
20960 River Drive
Dunnellon, FL 34431


Shankman Leone, P.A.
707 N Franklin St Fifth Floor
Tampa, FL 33602


SHERIDAN EMER PHYS-S.E. FLOR
20 Burton Hills Blvd, Ste 500
Nashville, TN 37215


Spectrio, LLC
PO Box 890271
Charlotte, NC 28289-0271


SPEF Holding Company, LLC, et al.
Attn: T. Gaillard Ulhorn, Esq.
c/o Bass Berry & Sims 100 Peabody Place,
Memphis, TN 38103


Spire Law, LLC
2572 W State Rd 426, Suite 2088
Oviedo, FL 32765


STEVENS & RICCI, INC.
FOR INK LINK MARKETING, LLC
7739 E BROADWAY BLVD, STE 220
Tucson, AZ 85710


SURGERY CENTER OF CENTRAL FLORIDA
6547  SW STATE RD 200
Ocala, FL 34476


SYSCO JACKSONVILLE INC.
1501 Lewis Industrial Dr
Jacksonville, FL 32254


TapMango Inc.
5775 Yonge Street, Suite 1801
Toronto Ontario M2M 4J1

The Leviton Law Firm, Ltd.
For ADP - SBS
One Pierce Place, Suite 725W
Itasca, IL 60143


Tower Harbor Club, LLC
c/o Cynthia D. Stelzer, Esq.
Kimball, Tirey & St. John LLP 7676 Hazar
San Diego, CA 92108


Tower Harbor Club, LLC
100 Harbor Drive Suite 5
San Diego, CA 92101


Tre Harris
2089 Century Avenue SE
Cleveland, TN 37311


Trinity Catholic High School
2600 SW 42nd St
Ocala, FL 34471


TSYS DEBT MGMT (TDM)
CAPITAL ONE BANK
6125 LAKEVIEW RD STE 800
CHARLOTTE, NC 28269-2605


UF HEALTH - GAINESVILLE
1600 SW Archer Rd
Gainesville, FL 32608


UNITED COLLECTION SERVICE, INC.
ATTN: BANKRUPTCY
FOR MARION COUNTY FIRE RESCUE PO BOX 953
LAKE MARY, FL 32795-3638


UNITED STATES ATTORNEY
300 NORTH HOGAN ST SUITE 700
JACKSONVILLE, FL 32202-4204


UNITED STATES ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001


Upstart Loan Operations
PO BOX 1503
SAN CARLOS, CA 94070-7503


US Foods
7004 E. Hanna
Tampa, FL 33610


Vonage
101 Crawfords Corner Road Suite 2416
Holmdel, NJ 07733

```
Walter & Stephanie Harvey
5703 SW 50th Avenue
Ocala, FL 34474


WATER'S EDGE DERMATOLOGY
2845 PGA BLVD
Palm Beach Gardens, FL 33410


Wenzel Fenton Cabassa PA
1110 N Florida Avenue, Suite 300
Tampa, FL 33602
```